UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH ELIJAH AGEE, | ) | CASE NO. C05-1506-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| SHANE STEVENSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #5). Defendants were ordered by the court to file an answer to the complaint by November 28, 2005. (Dkt. #6). To date, however, defendants have neither filed the answer nor sought an extension of time in which to do so. Accordingly, it is hereby ORDERED:

(1) Defendants shall show cause within 21 days from receipt of this Order why plaintiff should not be granted relief. Alternatively, defendants may file their answer(s) within that time period without need for further response.

/ / /

/ / /

ORDER TO SHOW CAUSE
PAGE -1

01     (2)    The Clerk is directed to send a copy of this Order to counsel for defendants, to

02 plaintiff, and to the Honorable Marsha J. Pechman.

03     DATED this _3rd_ day of _January_, 2006.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2