UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH ELIJAH AGEE, | ) | CASE NO. C05-1506-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO PLAINTIFF TO |
| | ) | CONFIRM NEW ADDRESS |
| SHANE STEVENSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 9, 2006, and January 30, 2006, the Post Office returned to the court, as undeliverable, two Orders that had been sent to plaintiff at the King County Jail. (Doc. #15, #20). Apparently, plaintiff had been transferred to the Washington State Penitentiary and failed to inform the court of his current mailing address, as required by Local Rule CR 41(b)(2). The court learned of plaintiff's new address only by noticing that defendants included the new address in a certificate of service attached to their recent filings. (Doc. #23). In light of the above, the court does hereby find and ORDER as follows:

(1) Plaintiff is advised that failure to inform the court of his current address could result in dismissal of this action without prejudice. *See* Local Rule CR 41(b)(2). Plaintiff is ORDERED

ORDER TO PLAINTIFF TO
CONFIRM NEW ADDRESS
PAGE -1

to confirm in writing within 15 days of this Order that his new address is as follows:

>Joseph Agee
>DOC #943887
>Washington State Penitentiary
>P.O. Box 520
>Walla Walla, WA 99362

Plaintiff is advised that failure to comply with this Order may result in dismissal of this action.

(2)   The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman. The Clerk shall also re-send plaintiff a copy of the Order regarding pretrial preparations. (Doc. #19).

DATED this  10th  day of  February , 2006.

>*[signature]*
>Mary Alice Theiler
>United States Magistrate Judge

ORDER TO PLAINTIFF TO
CONFIRM NEW ADDRESS
PAGE -2