01

02

03

04

05                             UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
06                                      AT SEATTLE

07  JOSEPH ELIJAH AGEE,                        )    CASE NO. C05-1506-MJP
                                               )
08         Plaintiff,                          )
                                               )
09         v.                                  )    ORDER DISMISSING § 1983 ACTION
                                               )
10  SHANE STEVENSON, et al.,                   )
                                               )
11         Defendants.                         )
    _____        )

12

13         The Court, having reviewed defendants' motion for summary judgment and motion to

14  dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States

15  Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

16         (1)    The Court adopts the Report and Recommendation;

17         (2)    Defendants' motion for summary judgment (Dkt. #28) is GRANTED.   The

18                complaint and this § 1983 action are DISMISSED as frivolous.  *See* 28 U.S.C. §

19                1915(e)(2)(B)(i);

20         (3)    Defendant Duffy's motion to dismiss (Dkt. #31) is DENIED as moot;

21         (4)    This dismissal shall count as a dismissal under 28 U.S.C. § 1915(g); and

22  / / /

01     (5)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02     defendants, and to Judge Theiler.

03     DATED this _2nd day of ____October_____, 2006.

04

05                   Marsha J. Pechman

06                   U.S. District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2